# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0379

VERSUS

THOMAS DEWAYNE COMPTON

**JULY 06, 2020**

---

In Re:   Thomas Dewayne Compton, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 575511.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the bills of information, the pertinent criminal court minutes, and any other pertinent documents from the district court record that might support the claims raised in the motion to quash. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT